**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**                            **CR No.  20-2069-MV**

**FRANCISCO GAMBOA,**

      **Defendant.**

## ORDER FOR NEUROPSYCHOLOGICAL EVALUATION

THIS MATTER is before the Court pursuant to the Defendant's sentencing hearing held on December 20, 2023.  Multiple facts were brought to the Court's attention concerning the defendant's personal, physical and mental health history that the Court finds require further investigation through a comprehensive neuropsychological evaluation of the Defendant to evaluate the possible head and brain injuries that have occurred while the Defendant has been incarcerated at the Cibola County Detention Center, to assist the Court in making sentencing recommendations, and to assist the Court and Probation in determining how best to help Defendant and provide him with the services he will need during his term of supervised release after he completes his term of imprisonment.

WHEREFORE, IT IS HEREBY ORDERED that Defendant shall submit to a comprehensive neuropsychological evaluation.  The evaluation shall include, but is not limited to, a review of defendant's prior hospitalizations and any other assessments and evaluations he may have previously completed.  Dr. John King shall conduct the evaluation while Defendant is on pre-trial release, and shall prepare a written report for the Court, which shall be provided to all parties.

**IT IS FURTHER ORDERED** that defense counsel shall assist Dr. King in obtaining any necessary records.  The neuro-psychological evaluation has been confirmed for Thursday, January 11, 2023, at Dr. King's office.

IT IS FURTHER ORDERED that the costs of the evaluation shall be paid by the Department of Justice pursuant to the *Guide to Judiciary Policies and Procedures,* Defender Services §320.20.20(b).

DATED this 21st day of December, 2023.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE


AUSA Kimberly Brawley
Attorney for Plaintiff

Thomas J. Clear, III
Attorney for Defendant